UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| RODERICK MAGADIA,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART ASSOCIATES, INC., et al.,<br><br>Defendants. | Case No. 17-CV-00062-LHK<br><br>**ORDER DENYING MOTION TO STAY; STRIKING DISPUTED NOTICE LANGUAGE; DENYING REQUEST FOR CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. Nos. 87, 88, 90 |

Defendant's motion to stay pursuant to Federal Rule of Civil Procedure 23(f) is DENIED. ECF No. 88.

The Court STRIKES the following disputed language from the class notice: "If you do not ask to be excluded, during this litigation, Class Counsel may be entitled to receive various documents concerning your employment such as your pay records. If you have questions about this, you should contact Class Counsel." *See* ECF No. 87.

The Court DENIES the parties' request for a case management conference. ECF No. 90.

**IT IS SO ORDERED.**

Dated: February 5, 2018

_____
LUCY H. KOH
United States District Judge

1

Case No. 17-CV-00062-LHK
ORDER DENYING MOTION TO STAY; STRIKING DISPUTED NOTICE LANGUAGE; DENYING REQUEST FOR CASE MANAGEMENT CONFERENCE