Larry W. Lee (State Bar No. 228175)
lwlee@diversitylaw.com
**DIVERSITY LAW GROUP, P.C.**
515 S. Figueroa Street, Suite 1250
Los Angeles, CA 90071
(213) 488-6555
(213) 488-6554 facsimile

William L. Marder, Esq. (State Bar No. 170131)
**Polaris Law Group LLP**
501 San Benito Street, Suite 200
Hollister, CA 95023
Tel: (831) 531-4214
Fax: (831) 634-0333
Email: bill@polarislawgroup.com

Attorneys for Plaintiff and the Class

(Additional counsel on next page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK MAGADIA, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART ASSOCIATES, INC., a Delaware corporation; WAL-MART STORES, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 5:17-cv-00062-LHK<br><br>**JOINT SETTLEMENT STATUS UPDATE**<br><br>Date:        October 25, 2018<br>Time:       1:30 p.m.<br>Courtroom: 8, 4th Floor<br>Judge:      Hon. Lucy H. Koh |

1  Dennis S. Hyun (State Bar No. 224240)
   dhyun@hyunlegal.com
2  HYUN LEGAL, APC
3  515 S. Figueroa Street, Suite 1250
   Los Angeles, California 90071
4  (213) 488-6555
   (213) 488-6554 facsimile
5  Attorneys for Plaintiff and the Class

6

7  Aaron T. Winn (State Bar No. 229763)
   atwinn@duanemorris.com
8  Jennifer A. Kearns (State Bar No. 125588)
   jkearns@duanemorris.com
9  DUANE MORRIS LLP
10 750 B Street, Suite 2900
   San Diego, CA  92101
11 (619) 744-2200
   (619) 744-2222 (Winn direct)
12 (619) 744-2242 (Kearns direct)
13 (619) 744- 2201 facsimile
   Attorneys for Defendants Wal-Mart Associates,
14 Inc. and Wal-Mart Stores, Inc.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT SETTLEMENT STATUS UPDATE

Plaintiff Roderick Magadia and Defendants Wal-Mart Associates, Inc. and Wal-Mart Stores, Inc. jointly submit this Joint Settlement Status Update:

On September 28, 2018, the Parties renewed their settlement discussions with mediator Robert Kaplan.  Since then, the Parties have continued to negotiate with Mr. Kaplan's help.  The discussions have been productive and are ongoing, but the Parties have not yet resolved the dispute.  The Parties will immediately notify the Court if they reach an agreement.  If the case does not settle, the Parties are prepared to proceed to trial.

DATED: October 12, 2018                    DIVERSITY LAW GROUP, P.C.


                                           By:   /s/ Larry W. Lee
                                                 Larry W. Lee
                                                 Attorneys for Plaintiff and the Class


DATED: October 12, 2018                    Duane Morris LLP


                                           By:   /s/ Aaron Winn
                                                 Aaron Winn
                                                 Attorneys for Wal-Mart Associates, Inc., and
                                                 Wal-Mart Stores, Inc.

DM1\8813759.1