United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RODERICK MAGADIA,<br><br>     Plaintiff,<br><br>     v.<br><br>WAL-MART ASSOCIATES, INC. and WAL-MART STORES, INC.,<br><br>     Defendants. | Case No. 17-CV-00062-LHK<br><br>**JUDGMENT** |

On May 31, 2019, the Court issued its Findings of Fact and Conclusions of Law. ECF No. 217. The Clerk shall enter judgment. Defendants Wal-Mart Associates, Inc. and Wal-Mart Stores, Inc. shall pay $48,046,000 in Cal. Lab. Code § 226(e) statutory damages, and $53,901,700 in California Private Attorneys General Act penalties. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: May 31, 2019

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No. 17-CV-00062-LHK
JUDGMENT

1