# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: Northern District of California

U.S. District Court case number: 5:17-CV-00062-LHK

Date case was first filed in U.S. District Court: 01/05/2017

Date of judgment or order you are appealing: 05/31/2019

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Wal-Mart Associates, Inc.
Wal-Mart Stores, Inc.

Is this a cross-appeal?   ○ Yes   ☉ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ☉ No

If Yes, what is the prior appeal case number?

Your mailing address:

750 B Street

Suite 2900

City: San Diego    State: CA    Zip Code: 92101

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Aaron T. Winn    **Date** June 11, 2019

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**                                                                 *Rev. 12/01/2018*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
Wal-Mart Associates, Inc.
Wal-Mart Stores, Inc.

Name(s) of counsel (if any):
Aaron T. Winn

Address: 750 B Street, Suite 2900, San Diego, CA 92101
Telephone number(s): (619) 744-2222
Email(s): atwinn@duanemorris.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
Roderick Magadia

Name(s) of counsel (if any):
Larry W. Lee, Mai Tulyathan

Address: 515 S. Figueroa Street, Suite 1250, Los Angeles, CA 90071
Telephone number(s): (213) 488-6555
Email(s): lwlee@diversitylaw.com; ktulyathan@diversitylaw.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                1                             *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:
Wal-Mart Associates, Inc.
Wal-Mart Stores, Inc.

Name(s) of counsel (if any):
Natalie Hrubos

Address: 30 South 17th Street, Philadelphia, PA 19103
Telephone number(s): (215) 979-1962
Email(s): nfhrubos@duanemorris.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellees**

Name(s) of party/parties:
Roderick Magadia

Name(s) of counsel (if any):
William L. Marder

Address: 501 San Benito Street, Suite 200, Hollister, CA 95023
Telephone number(s): (831) 531-4214
Email(s): bill@polarislawgroup.com

Name(s) of party/parties:
Roderick Magadia

Name(s) of counsel (if any):
Dennis S. Hyun

Address: 515 S. Figueroa Street, Suite 1250, Los Angeles, CA 90071
Telephone number(s): (213) 488-6555
Email(s): dhyun@hyunlegal.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                            2                            New 12/01/2018