UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK MAGADIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WAL-MART ASSOCIATES, INC., et al.,<br><br>　　　　Defendants. | Case No. 17-CV-00062-LHK<br><br>**JUDGMENT** |

On May 28, 2021 the Ninth Circuit vacated the Court's judgment and award of damages for violations of California Labor Code § 226.7 and reversed the judgment and award of damages for violations of California Labor Code § 226. The Ninth Circuit instructed the Court to remand the California Labor Code § 226.7 claim to state court and instructed the Court to enter judgment for Defendants Wal-Mart Associates, Inc. and Wal-Mart Stores, Inc. (collectively, "Walmart") on the California Labor Code § 226 claim. *Id.* The mandate issued on October 27, 2021. ECF No. 228.

Initially Plaintiff Magadia pled four causes of action. ECF No. 1-1. He alleged that Walmart violated: (1) California Labor Code § 226.7 for failure to pay adequate compensation for missed meal breaks; (2) California Labor Code § 226 for failure to provide accurate itemized wage statements; (3) California Business & Professions Code § 17200 et seq. ("UCL") for engaging in unfair and unlawful business practices; and (4) California Labor Code § 2698 because Wal-Mart

1

1  failed to pay adequate compensation for missed meal breaks and failed to provide accurate
2  itemized wage statements.  ECF No. 1-1 at ¶¶ 24-42.  Only the first two were operative claims
3  because "the UCL merely extends the statute of limitations for claim (1), and [California Labor
4  Code § 2698] provides for penalties for underlying violations of the California Labor Code."  ECF
5  No. 217 at 1-2.

6  Accordingly, the Court REMANDS Plaintiff's first cause of action under California Labor
7  Code § 226.7 to the California Superior Court for Santa Clara County.  Judgment is entered for
8  Walmart on Plaintiff's second cause of action under California Labor Code § 226.  The Clerk shall
9  close the file.

**IT IS SO ORDERED.**

Dated: November 5, 2021

_____
LUCY H. KOH
United States District Judge