UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR GUZMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART INC., et al.,<br><br>Defendants. | Case No. 21-cv-09133-NC<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**<br><br>Re: Dkt. No. 12 |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Lucy H. Koh for consideration of whether the case is related to 5:17-cv-00062-LHK, Roderick Magadia v. Wal-Mart Associates, Inc. et al.

**IT IS SO ORDERED.**

Dated: December 6, 2021

_____
NATHANAEL M. COUSINS
United States Magistrate Judge